**IT IS SO ORDERED.**

**SIGNED THIS: October 09, 2009**

_____
**THOMAS L. PERKINS**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

_____

| | |
|---|---|
| IN RE: ] | |
| ] | |
| ] | Case Number 09-80309 |
| Richard Wayne Sandberg; ] | CH 13 |
| Karen Beth Sandberg; ] | Judge Thomas Perkins |
| ] | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

On the motion of Wells Fargo Bank, NA, a secured creditor herein, the Court having jurisdiction over the subject matter and due notice having been given; it appearing to the court that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

IT IS HEREBY ORDERED that the automatic stay in this case is modified as to the interest of Wells Fargo Bank, NA, its successors, and/or assigns in the property commonly known as 2605 1st Street Court, East Moline, IL.

IT IS FURTHER ORDERED THAT Rule 4001(a)(3) is not applicable, and the effect of this order is not stayed.

**NOTICE TO THE STANDING TRUSTEE**:  The claim of Wells Fargo Bank, NA, is hereby withdrawn.

No further payments are to be disbursed to said creditor on its Proof of Claim.

FREEDMAN, ANSELMO, LINDBERG & RAPPE, LLC

1807 W. Diehl Rd., Ste 333

Naperville, IL  60566-7228

630-983-0770     866-402-8661

630-428-4620 (fax)

Attorney No.   Cook 26122, DuPage 42005, Kane 031-26104,

Peoria 1794, Winnebago 3802, IL 03126232

Steven Lindberg- 3126232, Louis Freedman- 3126104, Thomas Anselmo- 3125949

Robert Rappe- 6201817 Doug Oliver - 6273607, Barbara Nilsen- 6287524

Clay R. Mosberg- 1972316, Vincent A. Chavarria- 6291469

Jason A. Newman, Of Counsel,- 6275591, Cook-  39765

DS0902001

_____

###